UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

SALVADOR OCHOA, FILIBERTO RICARDO,
and MIRIAM MEDINA,

            Plaintiffs,

vs.

CASE NO. 6:06cv609-Orl-19 DAB

ALIE BROTHERS, INC., d/b/a FABRI-
KLEEN TEXTILE SERVICES and
RAYMAN ALIE

            Defendants,
_____/

## COMPLAINT

COME NOW the Plaintiffs, SALVADOR OCHOA, FILIBERTO RICARDO and MIRIAM MEDINA, (hereinafter collectively referred to as "Plaintiffs"), by and through their undersigned counsel and sue the Defendants, ALIE BROTHERS, INC., d/b/a FABRI-KLEEN TEXTILE SERVICES and RAYMAN ALIE, (hereinafter referred to collectively as the "Defendants"), and state as follows:

### INTRODUCTION

1. This is an action by Plaintiffs against their former employer for unpaid overtime pursuant to the Fair Labor Standards Act ("FLSA"). Plaintiffs seek damages and a reasonable attorney's fee.

### JURISDICTION

2. This action arises under the Fair Labor Standards Act ("FLSA"), 29 U.S.C. Section 201, et. seq. The Court has jurisdiction over the FLSA claims pursuant to 29 U.S.C. Section 216(b).

## VENUE

3. The venue of this Court over this controversy is proper based upon the claims arising in Orlando, Orange County, Florida.

## THE PARTIES

4. Plaintiff, SALVADOR OCHOA, a resident of Orlando, Orange County, Florida, was at all times material employed by Defendant, ALIE BROTHERS, INC. d/b/a FABRI-KLEEN TEXTILE SERVICES, at the business located in Orlando, Florida.

5. Plaintiff, FILIBERTO RICARDO, a resident of Orlando, Orange County, Florida, was at all times material employed by Defendant, ALIE BROTHERS, INC. d/b/a FABRI-KLEEN TEXTILE SERVICES at the business located in Orlando, Florida.

6. Plaintiff, MIRIAM MEDINA, a resident of Orlando, Orange County, Florida, was at all times material employed by Defendant, ALIE BROTHERS, INC. d/b/a FABRI-KLEEN TEXTILE SERVICES, at the business located in Orlando, Florida.

7. The Defendant, ALIE BROTHERS, INC. d/b/a FABRI-KLEEN TEXTILE SERVICES, is a Florida corporation that operates a commercial laundry company and is based in Orlando, Florida. Defendant, ALIE BROTHERS, INC. d/b/a FABRI-KLEEN TEXTILE SERVICES is an employer as defined by 29 U.S.C. Section 203(d). The employer has employees subject to the provisions of the FLSA, 29 U.S.C. Section 206, in the facilities where Plaintiffs were employed.

8. Plaintiffs were employees of ALIE BROTHERS, INC. d/b/a FABRI-KLEEN TEXTILE SERVICES and, at all times relevant to violations of the Fair Labor Standards Act, was engaged in commerce as defined by 29 U.S.C. Section 206(a) and 207(a)(1).

9. Alternatively, Defendant, ALIE BROTHERS, INC. d/b/a FABRI-KLEEN TEXTILE SERVICES, is an enterprise engaged in commerce or in the production of goods for commerce as defined by 29 U.S.C. Section 203(s)(1).

10. Defendant, RAYMAN ALIE was at all times material hereto, the owner and/or officer of Defendant, ALIE BROTHERS, INC. d/b/a FABRI-KLEEN TEXTILE SERVICES.

11. Defendant, RAYMAN ALIE at all times material hereto was acting directly or indirectly in the interest of Defendant, ALIE BROTHERS, INC. d/b/a FABRI-KLEEN TEXTILE SERVICES in relation to Plaintiffs' employment and was substantially in control of the terms and conditions of the employees' work and is therefore considered a statutory employer under 29 U.S. C. 203(d).

12. Plaintiffs have retained the Pantas Law Firm to represent them in this matter and have agreed to pay said firm a reasonable attorney's fee for its services.

**COUNT I – SALVADOR OCHOA
VIOLATION OF THE OVERTIME PROVISIONS
OF THE FAIR LABOR STANDARDS ACT UNDER FEDERAL LAW**

13. Plaintiff SALVADOR OCHOA re-alleges and incorporates herein the allegations contained in paragraphs 1 through 4 and 7 through 12 above.

14. Throughout the employment of Plaintiff, the Defendants repeatedly and willfully violated Section 7 and Section 15 of the Fair Labor Standards Act by failing to compensate Plaintiff at a rate not less than one and one-half times the regular rate at which he was employed for workweeks longer than forty (40) hours. Specifically, Plaintiff worked numerous weeks in excess of forty (40) hours a week, yet was not compensated for all work in excess of forty (40) hours at a rate not less than one and one-half times the regular rate at which he was employed.

WHEREFORE, Plaintiff demands a judgment against Defendants, jointly and severally liable, for the following:

(a) Unpaid overtime wages found to be due and owing;

(b) An additional equal amount equal to the unpaid overtime wages found to be due and owing as liquidated damages;

(c) Prejudgment interest in the event liquidated damages are not awarded;

(d) A reasonable attorney's fee and costs; and,

(e) Such other relief as the Court deems just and equitable.

### COUNT II – FILIBERTO RICARDO
### VIOLATION OF THE OVERTIME PROVISIONS
### OF THE FAIR LABOR STANDARDS ACT UNDER FEDERAL LAW

15. Plaintiff FILIBERTO RICARDO re-alleges and incorporates herein the allegations contained in paragraphs 1 through 3, 5, and 7 through 12 above.

16. Throughout the employment of Plaintiff, the Defendants repeatedly and willfully violated Section 7 and Section 15 of the Fair Labor Standards Act by failing to compensate Plaintiff at a rate not less than one and one-half times the regular rate at which he was employed for workweeks longer than forty (40) hours. Specifically, Plaintiff worked numerous weeks in excess of forty (40) hours a week, yet was not compensated for all work in excess of forty (40) hours at a rate not less than one and one-half times the regular rate at which he was employed.

WHEREFORE, Plaintiff demands a judgment against Defendants, jointly and severally liable, for the following:

(a) Unpaid overtime wages found to be due and owing;

    (b)    An additional equal amount equal to the unpaid overtime wages found to be due and owing as liquidated damages;

    (c)    Prejudgment interest in the event liquidated damages are not awarded;

    (d)    A reasonable attorney's fee and costs; and,

    (e)    Such other relief as the Court deems just and equitable.

### COUNT III – MIRIAM MEDINA
### VIOLATION OF THE OVERTIME PROVISIONS
### OF THE FAIR LABOR STANDARDS ACT UNDER FEDERAL LAW

17. Plaintiff MIRIAM MEDINA re-alleges and incorporates herein the allegations contained in paragraphs 1 through 3, 6, and 7 through 12 above.

18. Throughout the employment of Plaintiff, the Defendants repeatedly and willfully violated Section 7 and Section 15 of the Fair Labor Standards Act by failing to compensate Plaintiff at a rate not less than one and one-half times the regular rate at which she was employed for workweeks longer than forty (40) hours. Specifically, Plaintiff worked numerous weeks in excess of forty (40) hours a week, yet was not compensated for all work in excess of forty (40) hours at a rate not less than one and one-half times the regular rate at which she was employed.

WHEREFORE, Plaintiff demands a judgment against Defendants, jointly and severally liable, for the following:

    (a)    Unpaid overtime wages found to be due and owing;

    (b)    An additional equal amount equal to the unpaid overtime wages found to be due and owing as liquidated damages;

    (c)    Prejudgment interest in the event liquidated damages are not

awarded;

(d) A reasonable attorney's fee and costs; and,

(e) Such other relief as the Court deems just and equitable.

Dated: 5/3/06

Respectfully submitted,

_____
CHARLES L. SCALISE, ESQ.
Florida Bar No.: 0776327
PANTAS LAW FIRM, P.A.
250 North Orange Avenue, 11th Floor
Orlando, Florida 32801
Telephone: (407) 425-5775
Facsimile: (407) 425-2778
Trial Counsel for the Plaintiffs