UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

SALVADOR OCHOA, FILBERTO RICARDO,
and MIRIAM MEDINA,

CASE NO. 6:06-CV-609

Plaintiffs.

v.

ALIE BROTHERS, INC., d/b/a FABRI-
KLEEN TEXTILE SERVICES and
RAYMAN ALIE

Defendants.
_____/

## DEFENDANT'S OBJECTION TO PLAINTIFF'S AMENDED WITNESS LIST

COME NOW THE DEFENDANT'S ALIE BROTHERS, INC. d/b/a FABRI-KLEEN TEXTILE SERVICES and RAYMAN ALIE by and through the undersigned attorney and hereby objects to the Plaintiff's Amended Witness List filed on August 28, 2007 and as grounds therefore states as follows:

1. The Amended Witness List is not in compliance with previous orders of this Court.

2. Defendant's will be prejudiced if the Amended Witness List is accepted because they cannot take the deposition of the witness added to the list, to-wit: Jimmy Stanford.

**WILLIAM N. ASMA, P.A.**

/s/ William N. Asma
William N. Asma
Fl Bar No. 340367
884 South Dillard Street
Winter Garden, Florida 34787
407-656-5750
407-656-0486

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on the 31st day of August 2007, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of ECF to the attorney's/parties of record K.E. PANTAS, ESQUIRE, PANTAS LAW FIRM, P.A., 250 North Orange Ave., 11th Floor, Orlando, Florida 32801

/s/ William N. Asma_____
William N. Asma, Esquire